

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

USDC
1 Courthouse Way
Suite 2300
Boston, MA 02210

02210-300475

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Brett A Cyr_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Brett Torngren    12-1-18

1. Article Addressed to:

Brett Torngren
56 Sherman Ave
N. Providence, RI
02911

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7002 0510 0004 1359 1637    16202345 DPW

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540